WILSON TURNER KOSMO LLP
ROBERT A. SHIELDS (206042)
HANG ALEXANDRA DO (305839)
402 West Broadway, Suite 1600
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
E-mail: rshields@wilsonturnerkosmo.com
E-mail: hdo@wilsonturnerkosmo.com
E-mail: warrantyeservice@wilsonturnerkosmo.com

Attorneys for Defendant
FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| DANIEL RODRIGUEZ, an individual, and JOSE RODRIGUEZ URIBE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 5:21-cv-01073 AB (KKx)<br><br>**NOTICE OF CONDITIONAL SETTLEMENT AND JOINT STIPULATION VACATING ALL DEADLINES**<br><br>Complaint Filed: April 15, 2021<br><br>District Judge: Andre Birotte Jr.<br><br>Magistrate Judge: Kenly Kiya Kato |

**TO THE COURT AND ALL ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs DANIEL RODRIGUEZ and JOSE RODRIGUEZ URIBE (Plaintiffs) and Defendant FORD MOTOR COMPANY (Defendant), (collectively the "Parties"), by and through their counsel of record herein, have settled this matter, conditioned upon the mutual fulfillment of all settlement terms. The settlement provides that Plaintiffs will dismiss the matter with prejudice upon satisfaction of the conditions.

///

///

In light of the conditional settlement, the Parties, by and through their respective counsel, stipulate and agree as follows:

WHEREAS, the Parties have agreed to settlement the matter in accordance with the terms of the settlement agreement;

WHEREAS, the Parties expect such conditions of settlement to be completed within 90 days of the filing of this notice and stipulation;

WHEREAS, the Parties stipulate and respectfully request that the Court vacate all deadlines governing this case, including the filing of the Joint 26(f) Report;

WHEREAS, the Parties anticipate filing a Joint Motion for Dismissal with Prejudice within (90) days.

Dated: September 15, 2021     **WILSON TURNER KOSMO LLP**

By:  /s/ *Hang Alexandra Do*
ROBERT A. SHIELDS
HANG ALEXANDRA DO
Attorneys for Defendant
FORD MOTOR COMPANY

Dated: September 15, 2021     **PRESTIGE LEGAL SOLUTIONS, P.C.**

By:  */s/ Jonathan C. Cagliata, Esq.*
MICHELLE YANG
JONATHAN C. CAGLIATA
Attorneys for Plaintiffs
DANIEL RODRIGUEZ and JOSE
RODRIGUEZ URIBE

-2-     Case No. 5:21-cv-01073 AB (KKx)
NOTICE OF CONDITIONAL SETTLEMENT

**SIGNATURE ATTESTATION**

I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories concur in the filing's content.

s/ <em>Hang Alexandra Do</em><br>HANG ALEXANDRA DO